**Exhibit A to the Complaint**

**Location:** Langhorne, PA  **IP Address:** 100.14.42.33
**Total Works Infringed:** 24  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: A3F48EADCC48715AAC920647B517D36CFEA3EF25<br>File Hash: 79FBFABCA7F9575F7EA11AAB299B3ED03901F46B5F1500FB8225410EE54FA5E8 | 06-06-2021 16:46:42 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |
| 2 | Info Hash: BC6EDDF8918C2A124922C12A8ACAB5F2B7F04ADA<br>File Hash: 36C48B4B5C642E889F176D85BFC213EE40308A2BD6ECF37CA90A69BC725B768F | 06-06-2021 16:41:45 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |
| 3 | Info Hash: 7B5C509F0E138C25DA7E1CFEDEBD4AA7B5DCF4BC<br>File Hash: 7A28194A1CC4B1F19B17D5740386B6F1D8D499F361CF1FCC92F31BEF672E1653 | 06-06-2021 16:41:14 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 4 | Info Hash: 07505D1BF57DF4D79F0E6D0C802F273714F82B69<br>File Hash: 44F977A16AFCEE2BD4C403DBB7510F28AEE06CA03510AAF7793782EF9C9D86CA | 05-10-2021 20:47:21 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |
| 5 | Info Hash: A04DA9DB005CCBC773FB24B593A8E617ECFBF5EF<br>File Hash: A3029860B6D2B90471DB513FD9D1AADAE68D6BA38EA2F1BAA666B4621965E58D | 05-06-2021 00:09:12 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 6 | Info Hash: 09EE300AFC18446C7E051E6A71568289D703C79D<br>File Hash: 86E5CDB949365CFDAE4FB08ADAEC4C409B815601EACD1737765E421F7BEA91D0 | 05-06-2021 00:08:53 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 7 | Info Hash: 10C91184EF279775EAD44F654BDD1466DEF80FF6<br>File Hash: 889C75786835EAFDB35672E2E8F6950C938E03AC610088DF4E9CA6F94C243FE8 | 04-19-2021 19:33:13 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 8 | Info Hash: 2C6E25DA6922E2C9269378498DA9F33CF6016BF1<br>File Hash: 8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 04-03-2021 20:59:35 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: E05487E1CF7CAA07BA8E218D2504F4AEC30906DB<br>File Hash: C7C8F393602BEAC95B913F1D5021A9C80232024434D66ED0AC78F6E611123D02 | 03-17-2021 19:18:54 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 10 | Info Hash: A958C52F2441F6FC0F41EF7DB16076374893D9DE<br>File Hash: CEC4A51418BC77D6FC7DF8A0E628510C744DCD589B3684B53CE1D371A04B28D2 | 03-13-2021 20:43:49 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 11 | Info Hash: 57D55CF2E1C375BBFAB76A1226219452189BF550<br>File Hash: 77C24A8664F1F1E61C4333D24E05A15885B28F6EF0CFB4B8F73772A06D7A24EA | 01-24-2021 23:51:48 | Blacked Raw | 12-03-2017 | 01-04-2018 | PA0002097460 |
| 12 | Info Hash: CBEC46459AE533CA84B9B04B6112A56ECA06279B<br>File Hash: 230D3F95B666FD506C2CD0E1859CAD4F2BDE3DFF5C8BB975B0C1F971338FBB5D | 01-19-2021 23:43:09 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 13 | Info Hash: AE7CFE431BC4E933E92E11032C25A67D4CA61B79<br>File Hash: F638DC8E8853C8CF9176D97CB6027BDD2DBDB470C7EF8A8C9BECCCEB3A4B6104 | 12-29-2020 15:17:26 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 14 | Info Hash: 20D2DFB8A9D1E65AFF9CB52590761413AC2BD837<br>File Hash: 28B6C550ACA75BFFDB14BB0C16135FBE0D9BAF310C913BD24D8A607501B949B3 | 12-23-2020 00:50:30 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 15 | Info Hash: C57AA08E54DCBD782F4B9A53E17C7AB932215387<br>File Hash: 00501D72C3CEB16F94D0A71BBF3FC9FBC900FB20709FDCE26FD83C39119C9538 | 11-27-2020 19:30:14 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 16 | Info Hash: 8DE7C4776944AE40907E75898B99D0EC6B3186CB<br>File Hash: B0BEAD5CFB47D00BA746AFCB65E581AA8A28D6A99283C9CB8E3776828F2D22BD | 11-13-2020 22:30:37 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 17 | Info Hash: 3818467D5DC9DDB317735107C4146CBB3C456751<br>File Hash: 76CC20D3E9FC939ED897DF2598478477E80E3E647195FEC6250C8664D38F8A3E | 10-27-2020 20:26:39 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 11317BD69D7E2FE51E3BDDC1C53B65643242CB9C<br>File Hash: F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 09-30-2020 02:07:02 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 19 | Info Hash: 9B2D7FF24D25691FBFA67A7F19276AFE62D75467<br>File Hash: 743F0514EE583C16D839D66F135C80AD6B68A59E4C572E24310AF5362B24EE1C | 09-30-2020 02:06:55 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 20 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash: E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 09-07-2020 15:42:44 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 21 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 09-05-2020 16:18:48 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |
| 22 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 09-01-2020 02:07:41 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 23 | Info Hash: 1A85204FFC1A183E8EA9896CECA2E460FD802671<br>File Hash: E091A5388AC1871CD2BA3CBA8E9272E849CEB0ADE3FA3EA5AB217BD5AED5996C | 08-23-2020 01:22:32 | Blacked | 08-22-2020 | 09-05-2020 | PA0002255479 |
| 24 | Info Hash: E114EF1DC05BAF634FFA8C5570FB6E2263F5FDF3<br>File Hash: F1D3086AC032FA572BB41B6BEDE64C938BB210D851E3D16466970DD56E84885A | 08-05-2020 21:28:13 | Blacked Raw | 08-03-2020 | 08-31-2020 | PA0002265631 |